# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### WAYCROSS DIVISION

MARY D. DAY,

   Plaintiff,

v.

GEORGIA BUREAU OF INVESTIGATION;
STATE OF GEORGIA PROBATION
AND PAROLE SERVICES; ROCHELLE
HOWIE, Probation Officer; COFFEE
COUNTY PROBATION DEPARTMENT;
EUGENE PAULK, South Central
Task Force Officer; ANTONIO WARD,
Task Force Officer; and JOHN DOE,
Task Force Officer,

   Defendants.

CIVIL ACTION NO.: CV510-015

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's complaint is **DISMISSED**, pursuant to 28 U.S.C.A. §§ 1915 (e)(2)(B)(ii) and 1915A(b). The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment.

**SO ORDERED**, this 17 day of May, 2010.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)